```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

TRAMAIN DONTA OSBEY, #M8299                                PLAINTIFF

VS.                          CIVIL ACTION NO. 3:12CV178TSL-JMR

RANDY SMITH                                                DEFENDANT

<u>ORDER</u>

This cause is before the court on the report and recommendation of Magistrate Judge John M. Roper entered on March 15, 2013, recommending that defendant's motion to dismiss the complaint for lack of prosecution be granted.  Plaintiff Tramain Donta Osbey filed an objection to the motion which lacked evidentiary support.  He has further failed to avail himself of the opportunity to cure this defect.  Having reviewed the report and recommendation, the court concludes that the motion is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate John M. Roper entered on March 15, 2103, be, and the same is hereby, adopted as the finding of this court.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 18th day of July, 2013.

                    /s/Tom S. Lee
                    UNITED STATES DISTRICT JUDGE