UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRAMAIN DONTA OSBEY, #M8299                                    PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:12CV178TSL-JMR

RANDY SMITH                                                    DEFENDANT

ORDER

    This cause is before the court on the report and

recommendation of Magistrate Judge John M. Roper entered on March

15, 2013, recommending that defendant's motion to dismiss the

complaint for lack of prosecution be granted.  Plaintiff Tramain

Donta Osbey filed an objection to the motion which lacked

evidentiary support.  He has further failed to avail himself of

the opportunity to cure this defect.  Having reviewed the report

and recommendation, the court concludes that the motion is well

taken and hereby adopts, as its own opinion, the magistrate

judge's report and recommendation.

    Based on the foregoing, it is ordered that the report

and recommendation of United States Magistrate John M. Roper

entered on March 15, 2103, be, and the same is hereby, adopted as

the finding of this court.

    A separate judgment will be entered in accordance with Rule

58 of the Federal Rules of Civil Procedure.

SO ORDERED this 18th day of July, 2013.


                        /s/Tom S. Lee
                        UNITED STATES DISTRICT JUDGE